CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

MAR 15 2010

JOHN F. CORCORAN, CLERK
BY:
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| ANDREW TIMOTHY JONES, | ) | Civil Action No. 7:10-cv-00093 |
|    Petitioner, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| WARDEN TERRY O'BRIEN, | ) | By: Hon. James C. Turk |
|    Respondent. | ) | Senior United States District Judge |

In accordance with the written memorandum opinion entered this day, it is hereby

ORDERED

that petitioner's petition for a writ of habeas corpus, pursuant to 28 U.S.C. § 2241, is **DISMISSED**, a Certificate of Appealability is **DENIED**, and the case is **STRICKEN** from the active docket of the court.

The Clerk is directed to send copies of this order and the accompanying memorandum opinion to the petitioner.

ENTER: This 15th day of March, 2010.

                                                            _/s/ James C. Turk_
                                                         Senior United States District Judge